IN THE UNITED STATES DISTRICT COURT
THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DIMITRIUS THOMAS, | ) | |
| | ) | |
| Plaintiff, | ) | No. 15 cv 06465 |
| | ) | |
| v. | ) | Honorable Sharon Johnson Coleman |
| | ) | Judge Presiding |
| MICHAEL EVANS, SCOTT NODINE, WILLIAM SIMESTER, KENNETH NUSHARDT AND DEREK JABUREK, | ) ) ) ) | Honorable Jeffery T. Gilbert Magistrate Judge |
| | ) | |
| Defendants. | ) | |

## NOTICE OF FILING

To: Summer Muazaz Hallaj
Office of the Illinois Attorney General
100 West Randolph Street,
13th Floor
Chicago, IL 60601

PLEASE TAKE NOTICE that on January 12, 2017, I, on behalf of all attorneys of record, filed with the Clerk of the United States District Court of the Northern District of Illinois, Eastern Division, the parties' **FEDERAL RULE 26(f) JOINT PROPOSED DISCOVERY SCHEDULE.**

## CERTIFICATE OF SERVICE

I hereby certify that on January 12, 2017, I electronically filed the foregoing notice with the Clerk of the United States District Court of the Northern District of Illinois, Eastern Division, by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

By: /s/ Daniel Watkins, II
**DANIEL WATKINS, II**
JAMES D. MONTGOMERY & ASSOCIATES, LTD.
One North LaSalle Street, Suite 2450
Chicago, IL 60602
(312) 977-0200